MHK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> THE DESIGN & CONSTRUCTION WORKS, INC., a dissolved Illinois Corporation, and DEBBIE NASON, individually d/b/a THE DESIGN & CONSTRUCTION WORKS, INC., a dissolved Illinois Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 07 C 5665 <br> ) <br> ) Judge Norgle <br> ) <br> ) Magistrate Judge Cole <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER COMPELLING TURNOVER

THIS CAUSE coming on to be heard on the Motion of Plaintiffs, TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION FUND AND WILL COUNTY LOCAL 174 WELFARE FUND, for Turnover against Citation Respondent Montalbano Builders, Inc., due Notice having been given, counsel for Plaintiffs having appeared:

IT IS HEREBY ORDERED:

1. That Citation Respondent is immediately to turnover, deliver, and pay to Plaintiffs the amount of $22,938.50 by directing the disbursement of such amount by Chicago Title and Trust Co. to Plaintiffs.

2. That this Order shall satisfy and release the Citation served on Montalbano Builders, Inc. upon payment to Plaintiffs.

3.    That this Order shall serve to settle and release Montalbano Builders, Inc. from any further claims of Plaintiffs or judgment debtor arising out of this Citation and with respect to the retention funds held by Chicago Title and Trust Co. in relation to Montalbano's retention agreement with Defendant entered into on August 18, 2006.

DATED:    7-25-08

ENTERED: *Charles Norgle*
                Hon. Judge Norgle

DONALD D. SCHWARTZ  
PHILIP BRZOZOWSKI  
ARNOLD AND KADJAN  
19 W. Jackson Boulevard  
Chicago, Illinois 60604  
(312) 236-0415