**EXHIBIT 1**

Case 1:07-cv-05665   Document 46-2   Filed 06/24/2009   Page 1 of 9

# STATE OF ILLINOIS
## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL |
|---|---|---|---|
| C49C19V135656 | 79 | CHEVROLET | |

| BODY STYLE | NO. CYL | HP/CCM | PURCHASE DATE | PURCHASED | TYPE OF TITLE |
|---|---|---|---|---|---|
| TRACTR TK | | | 06/15/89 | USED | ORIGINAL |

| TITLE NO. | ISSUE DATE | PREVIOUS TITLE NO. | ODOMETER DATE | ODOMETER |
|---|---|---|---|---|
| N5234016 | 08/02/89 | V1027676 | | 370551 |

**MAILING ADDRESS**
ROBERT M NASON
15838 S 115TH CT
ORLAND PARK   IL   60462-5852

LEGEND(S)

**OWNER(S) NAME AND ADDRESS**
ROBERT M NASON
DEBRA A NASON
15838 S 115TH CT
ORLAND PARK   IL   60462-5852

**FIRST LIENHOLDER NAME AND ADDRESS**

**SECOND LIENHOLDER NAME AND ADDRESS**

**RELEASE OF LIEN**
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

I, Jim Edgar, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE HERETO AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

A13693636
CONTROL NO.           *Jim Edgar*           JIM EDGAR, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

**STATE OF ILLINOIS**

**CERTIFICATE OF TITLE OF A VEHICLE**

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | ODOMETER |
|---|---|---|---|
| 1HTCF2672EHA15657 | 84 | INTERNATIONAL | |

| MODEL | BODY STYLE | NO. CYL. | HP/CCM | PURCHASE DATE | PURCHASED |
|---|---|---|---|---|---|
| F2674 | TRACTR TK | | | 04/22/96 | USED |

| TITLE NO. | ISSUE DATE | PREVIOUS TITLE NO. | MOB. HME. SQ. FT. | TYPE OF TITLE |
|---|---|---|---|---|
| T6164519028 | 06/12/96 | LEGAL | | ORIGINAL |

MAILING ADDRESS

ROBERT NASON
15509 S WEBER RD
LOCKPORT  IL  60441-9597

LEGEND(S)

OWNER(S) NAME AND ADDRESS

ROBERT NASON
DEBRA NASON
15509 S WEBER RD
LOCKPORT  IL  60441-9597

MILEAGE NOT REQUIRED

FIRST LIENHOLDER NAME AND ADDRESS

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____  By _____  Date _____
Firm Name                    Signature of Authorized Agent

_____  By _____  Date _____
Firm Name                    Signature of Authorized Agent

I, George H. Ryan, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE HERETO AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

D07854105
CONTROL NO.

*George H. Ryan*
GEORGE H. RYAN, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

## STATE OF ILLINOIS

### CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | ODOMETER |
|---|---|---|---|
| 1HSZPJXR8HH488518 | 87 | INTERNATIONAL | |

| MODEL | BODY STYLE | NO. CYL | HP/CCM | PURCHASE DATE | PURCHASED |
|---|---|---|---|---|---|
| | TRUCK | | | 05/03/97 | USED |

| TITLE NO. | ISSUE DATE | MOBILE HOME SQ. FT. | TYPE OF TITLE |
|---|---|---|---|
| T7247035002 | 09/04/97 | | ORIGINAL |

**MAILING ADDRESS**

DESIGN & CONSTRUCTION WORKS INC
15509 WEBER RD UNIT 2
LOCKPORT IL 60441

**OWNER(S) NAME AND ADDRESS**

DESIGN & CONSTRUCTION WORKS INC
15509 WEBER RD UNIT 2
LOCKPORT IL 60441

**LEGEND(S)**

MILEAGE NOT REQUIRED

**FIRST LIENHOLDER NAME AND ADDRESS**

*7 Day Permit*

SECRETARY OF STATE #
VEHICLE SERVICES  97259
201 JOYCE ROAD
JOLIET, ILLINOIS

**SECOND LIENHOLDER NAME AND ADDRESS**

**RELEASE OF LIEN**

The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

I, George H. Ryan, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE HERETO AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

D11862647
CONTROL NO.

*George H. Ryan*
GEORGE H. RYAN, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

**STATE OF ILLINOIS**
**CERTIFICATE OF TITLE OF A VEHICLE**

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | ODOMETER |
|---|---|---|---|
| U902VEK1515 | 74 | FORD | |

| MODEL | BODY STYLE | NO. CYL | HP/CCM | PURCHASE DATE | PURCHASED |
|---|---|---|---|---|---|
| LT9000 | FLATBED | | | 12/12/92 | USED |

| TITLE NO. | ISSUE DATE | PREVIOUS TITLE NO. | MOBILE HOME SQ. FT. | TYPE OF TITLE |
|---|---|---|---|---|
| E7728949 | 02/17/93 | H6930590 | | ORIGINAL |

MAILING ADDRESS
ROBERT M NASON
15838 S 115TH CT
ORLAND PARK   IL   60462-5852

LEGEND(S)
MILEAGE NOT REQUIRED

OWNER(S) NAME AND ADDRESS
ROBERT M NASON
DEBRA A NASON
15838 S 115TH CT
ORLAND PARK   IL   60462-5852

FIRST LIENHOLDER NAME AND ADDRESS

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name ____ By ____ Signature of Authorized Agent ____ Date ____
Firm Name ____ By ____ Signature of Authorized Agent ____ Date ____

I, George H. Ryan, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE HERETO AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

CONTROL NO. A0315623b

GEORGE H. RYAN, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

## STATE OF ILLINOIS

### CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | ODOMETER |
|---|---|---|---|
| 1FTNS2427YHB13612 | 2000 | FORD | 48 |

| MODEL | BODY STYLE | CCM | PURCHASE DATE | PURCHASED |
|---|---|---|---|---|
| E250 | VAN | | 03/27/00 | NEW |

| TITLE NO. | ISSUE DATE | MOBILE HOME SQ. FT. | TYPE OF TITLE |
|---|---|---|---|
| T0125272031 | 05/04/00 | | ORIGINAL |

MAILING ADDRESS
ROBERT NASON
15509 WEBER RD UNIT 2
LOCKPORT IL 60441

LEGEND(S)
ACTUAL MILEAGE

OWNER(S) NAME AND ADDRESS
ROBERT NASON
DEBRA A NASON
15509 WEBER RD UNIT 2
LOCKPORT IL 60441

FIRST LIENHOLDER NAME AND ADDRESS

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

NEW LIEN ASSIGNMENT
I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

D20631395
CONTROL NO.

Jesse White
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

**STATE OF ILLINOIS**

**CERTIFICATE OF TITLE OF A VEHICLE**

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | ODOMETER |
|---|---|---|---|
| 1FTME24L7XHA45813 | 99 | FORD | 24 |

| MODEL | BODY STYLE | NO. CYL | HP/CCM | PURCHASE DATE | PURCHASED |
|---|---|---|---|---|---|
| E250 | VAN | | | 12/17/98 | NEW |

| TITLE NO. | ISSUE DATE | MOBILE HOME SQ. FT. | TYPE OF TITLE |
|---|---|---|---|
| T9021047049 | 01/21/99 | | ORIGINAL |

MAILING ADDRESS
BOB NASON
15509 WEBER RD
LOCKPORT IL 60441

LEGEND(S)
ACTUAL MILEAGE

OWNER(S) NAME AND ADDRESS
BOB NASON
DEBRA NASON
15509 WEBER RD
LOCKPORT IL 60441

FIRST LIENHOLDER NAME AND ADDRESS

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Date _____
                                Signature of Authorized Agent

Firm Name _____ By _____ Date _____
                                Signature of Authorized Agent

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

D16310163
CONTROL NO.

*Jesse White*
JESSE WHITE, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

## STATE OF ILLINOIS

### CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | ODOMETER |
|---|---|---|---|
| 1FTPE24LXWHB28787 | 98 | FORD | 11 |

| MODEL | BODY STYLE | NO. CYL | HP/CCM | PURCHASE DATE | PURCHASED |
|---|---|---|---|---|---|
| E250 | VAN | | | 07/30/98 | NEW |

| TITLE NO. | ISSUE DATE | MOBILE HOME SQ. FT. | TYPE OF TITLE |
|---|---|---|---|
| T8247680036 | 09/04/98 | / | ORIGINAL |

**MAILING ADDRESS**
DEBRA A NASON
15509 WEBER RD UNIT 2
LOCKPORT IL 60441

**LEGEND(S)**
ACTUAL MILEAGE

**OWNER(S) NAME AND ADDRESS**
DEBRA A NASON
ROBERT M NASON
15509 WEBER RD UNIT 2
LOCKPORT IL 60441

FIRST LIENHOLDER NAME AND ADDRESS

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____  By _____  Date _____
Firm Name                    Signature of Authorized Agent

_____  By _____  Date _____
Firm Name                    Signature of Authorized Agent

I, George H. Ryan, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE HERETO AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

D15075713
CONTROL NO.

*George H Ryan*
GEORGE H. RYAN, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

**STATE OF ILLINOIS**

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | ODOMETER |
|---|---|---|---|
| 1FTFE24N2TH815129 | 96 | FORD | 15 |

| MODEL | BODY STYLE | NO. CYL | HP/COM | PURCHASE DATE | PURCHASED |
|---|---|---|---|---|---|
| E250 | VAN | | | 12/31/96 | NEW |

| TITLE NO. | ISSUE DATE | MOBILE HOME SQ. FT. | TYPE OF TITLE |
|---|---|---|---|
| T7024062027 | 01/24/97 | | ORIGINAL |

MAILING ADDRESS
DESIGN & CONSTRUCTION WORKS
15509 S WEBER RD
LOCKPORT  IL  60441

LEGEND(S)
**ACTUAL MILEAGE**

OWNER(S) NAME AND ADDRESS
DESIGN & CONSTRUCTION WORKS
15509 S WEBER RD
LOCKPORT  IL  60441

FIRST LIENHOLDER NAME AND ADDRESS

SECOND LIENHOLDER NAME AND ADDRESS

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

_____  By _____  Date _____
Firm Name                Signature of Authorized Agent

_____  By _____  Date _____
Firm Name                Signature of Authorized Agent

I, George H. Ryan, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE HERETO AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

D09826457
CONTROL NO.

*George H Ryan*
GEORGE H. RYAN, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**