**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Trustees of the Will County Local 174 Carpenters
Pension Trust Fund, et al.

                Plaintiff,

v.                                          Case No.: 1:07−cv−05665

                                                    Honorable Charles R.
                                                    Norgle Sr.

The Design & Construction Works, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 23, 2009:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Citation is withdraw and the return on citation hearing set for July 24, 2009 is stricken. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.